**Todd William BACHELDOR,**
**Plaintiff–Appellant,**

v.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; Edwin D. Hill; Robert P. Klein; Lindsay K. Nelson; Neal Harrison; White Electric; Rodger Builders, Inc., Defendants–Appellees.**

No. 11–1530.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Oct. 20, 2011.

Todd William Bacheldor, Appellant Pro Se. Victoria Louise Bor, Sherman Dunn Cohen Leifer & Yellig, PC, Washington, DC; Sarah M. Stephens, Foltz Martin, LLC, Atlanta, Georgia, Kelly Suzanne Hughes, Homer Bernard Tisdale, III, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Charlotte, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd William Bacheldor appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bacheldor v. Int'l Bhd. of Elec. Workers,* No. 7:10–cv–00228–BO (E.D.N.C. Apr. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*